The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE RAWLS, an individual, and RUSSEL RAWLS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COMBINED TRANSPORT, INC., a foreign corporation; and ROGER TAKACS, an individual; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer;<br><br>Defendants. | Case No.:  2:19-cv-01382-BJR<br><br>**STIPULATED MOTION AND AGREED ORDER FOR MEDICAL, EDUCATIONAL AND EMPLOYMENT RECORDS OF DIANE RAWLS**<br><br>**NOTE ON MOTION CALENDAR: MAY 6, 2020** |

## STIPULATED MOTION

Come now the Plaintiff Diane Rawls, by and through her attorneys at Seattle Truck Law, PLLC, and Defendants Combine Transport, Inc., and Roger Takacs, by and through their attorneys at Williams, Kastner & Gibbs, PLLC, and Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys at Reed McClure, and stipulate that the Court should enter the following proposed order.

STIPULATED MOTION AND AGREED
ORDER FOR MEDICAL, EDUCATIONAL
AND EMPLOYMENT ECORDS
OF DIANE RAWLS

SEATTLE TRUCK LAW, PLLC
222 ALASKAN WAY
SEATTLE, WA 98104
TEL: (206) 456-2525

1

7098135.1

# ORDER

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff Diane Rawls and Defendants Combined Transport, Inc., and Roger Takacs, and State Farm Mutual Automobile Insurance Company, and the Court being fully advised in the premises, it is therefore hereby ORDERED as follows:

That the Defendants should have an Order and authorization to acquire the medical records, educational records, and/or employment records as they pertain to Diane Rawls, DOB: xx/xx/1952, SSN: xxx-xx-8818, which are in the possession of any doctor, nurse, hospital or any other health care providers, educational establishment or any past, present or potential employer.

All records acquired should be paid for by the Defendants and/or their attorneys and copies provided to Plaintiff's counsel within ten (10) days from receipt of same; however, that if records are obtained less than thirty (30) days prior to a hearing, deposition or trial, they shall be furnished to counsel for the Plaintiff immediately.

In accordance with the Health Insurance Portability and Accountability Act ("HIPAA"), 45 C.F.R. §160 and 164, Plaintiff hereby acknowledges, through counsel, that release of medical records per this Order shall be used for discovery purposes in the above-styled lawsuit. Plaintiff further acknowledges, through counsel, that any request for medical records shall include all records pertaining to treatment rendered to the plaintiff, irrespective of type of treatment or time of services rendered. Lastly, Plaintiff acknowledges, through counsel, that records obtained per this Order may be disseminated to agents and/or associates of defense counsel, including but not limited to, their agents and expert witnesses, and that any such information disseminated will no longer be protected by HIPAA privacy standards.

STIPULATED MOTION AND AGREED  
ORDER FOR MEDICAL, EDUCATIONAL  
AND EMPLOYMENT ECORDS  
OF DIANE RAWLS

SEATTLE TRUCK LAW, PLLC  
222 ALASKAN WAY  
SEATTLE, WA 98104  
TEL: (206) 456-2525

2

7098135.1

In further accordance with HIPAA, counsel for the defendant hereby acknowledge that dissemination of records obtained per this Order shall be limited to agents, representatives, and expert witnesses. It is further

ORDERED that Defendants are hereby authorized to inspect, reproduce, and copy all medical records, educational records and/or employment records as they pertain to Diane Rawls, DOB: xx/xx/1952, SSN: xxx-xx-8818, which are in the possession of any doctor, nurse, hospital, or any other health care providers or any past, present or potential employer or any educational facility. Further, it is

ORDERED that said hospitals, doctors, or health care providers or their employees are ordered and authorized to release said information and that said past, present, or potential employers or their employees are ordered and authorized to release said personnel information. Further, all educational establishments are to provide any and all educational records pertaining to Plaintiff. Further, it is

ORDERED that all records so acquired by this Order and authorization shall be paid by Defendants and/or their attorneys and copies provided to Plaintiff's counsel, within ten (10) days from receipt of same and that each page of such records supplied shall have a "Bates" stamp number or other numbering sufficient to identify each such page in numerical order. However, that if records are obtained less than thirty (30) days prior to a hearing, deposition, or trial, they shall be furnished to counsel for the Plaintiff immediately. Further, it is

ORDERED that if documents are examined and not copied, Plaintiff's counsel will be provided the name and address of the place where the documents exist, a listing of all documents

STIPULATED MOTION AND AGREED  
ORDER FOR MEDICAL, EDUCATIONAL  
AND EMPLOYMENT ECORDS  
OF DIANE RAWLS

SEATTLE TRUCK LAW, PLLC  
222 ALASKAN WAY  
SEATTLE, WA 98104  
TEL: (206) 456-2525

3

7098135.1

examined and not copied within ten (10) days of such inspection and prior to any hearing, deposition, or trial if less than ten (10) days of such examination. Further, it is

ORDERED that in the event the Defendants intend to use at trial any information reviewed pursuant to this Order of which copies are not obtained, Defendants shall advise counsel for the Plaintiff of that intent not less than thirty (30) days prior to trial.  Further, it is

ORDERED that this Order and Authorization is not a waiver of plaintiff's right of privacy or plaintiff's covenant of confidentiality with her physicians or other healthcare providers. **Plaintiff's counsel hereby advises all of plaintiff's treating physicians that this Agreed Order does not authorize any communication *ex parte*, or private conferences by and among any attorneys or their agents with any medical health care provider or any entity in possession of such medical records or any employer or any entity in possession of such employment and/or personnel records, unless plaintiff's counsel is present at such conference.** Plaintiff agreeing to this order satisfies the duty to supplement medical records and bills so long as the plaintiff identifies the medical providers.

This Order shall expire upon final disposition of this case and the law firm of Williams, Kastner & Gibbs, PLLC, or their designated representatives, shall be prohibited from using the Order thereafter and copies of all records obtained shall be destroyed no later than one (1) year after the time for appeals has been exhausted.

The defendants stipulate that the records obtained from any doctor, nurse, hospital, or any other health care providers or any past, present or potential employer or any educational facility are authentic, and are kept in the regular course of business.

STIPULATED MOTION AND AGREED  
ORDER FOR MEDICAL,  EDUCATIONAL  
AND EMPLOYMENT ECORDS  
OF DIANE RAWLS  

SEATTLE TRUCK LAW, PLLC  
222 ALASKAN WAY  
SEATTLE, WA 98104  
TEL: (206) 456-2525  

4

7098135.1

If any records obtained or reviewed with the Order are not provided or revealed to Plaintiff's counsel as provided herein, and/or if any *ex parte* discussion with Plaintiff's treating physicians and/or other medical providers occur in violation of this Order, then sanctions may be issued to specifically include prohibition of the use of said records, and/or prohibition of the use of any information discovered pursuant to any said *ex parte* discussions, for any purpose whatsoever and at any time in connection with this litigation.

ENTERED this 15th day of May, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**APPROVED FOR ENTRY:**

SEATTLE TRUCK LAW, PLLC

By: /s/ *James Banks*
   Morgan Adams, WSBA No. 51071
   James Banks, WSBA No. 41758
   222 Alaskan Way S.
   Seattle WA 98104
   Telephone: 206-456-2525
   Email: adams@TruckWreckJustice.com
           james @seattletrucklaw.com
   ***Attorneys for the Plaintiff – Diane Rawls***

WILLIAMS, KASTNER & GIBBS, PLLC

By:  *s/Brendan Vandor*
   Rodney L. Umberger, WSBA No.: 24948
   Brendan T. Vandor, WSBA No.: 49929

| | |
|---|---|
| STIPULATED MOTION AND AGREED ORDER FOR MEDICAL, EDUCATIONAL AND EMPLOYMENT ECORDS OF DIANE RAWLS | SEATTLE TRUCK LAW, PLLC 222 ALASKAN WAY SEATTLE, WA 98104 TEL: (206) 456-2525 |

5

7098135.1

601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  206-628-6600
Email: rumberger@williamskastner.com
      bvandor@williamskastner.com
*Attorneys for Defendants – Combined Transport and Roger Takacs*

STIPULATED MOTION AND AGREED
ORDER FOR MEDICAL,  EDUCATIONAL
AND EMPLOYMENT ECORDS
OF DIANE RAWLS

6

SEATTLE TRUCK LAW, PLLC
222 ALASKAN WAY
SEATTLE, WA 98104
TEL: (206) 456-2525

7098135.1