Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANE RAWLS, an individual, and RUSSEL RAWLS, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COMBINED TRANSPORT, INC., a foreign corporation; and ROGER TAKACS, an individual, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer;<br><br>　　　　Defendants. | NO. 2:19-cv-01382-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

## STIPULATION

Plaintiffs Russell and Diane Rawls and Defendants Combined Transport, Inc., Roger Takacs and State Farm Mutual Automobile Insurance Company, by and through their respective counsel of record, hereby stipulate and agree that all claims against Defendants may be dismissed in their entirety with prejudice and without costs and/or attorney fees as to any party.

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 1
(2:19-cv-01382-BJR)

7203752.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1 | DATED this 5th day of October, 2020.  DATED this 5th day of October, 2020.

2 | WILLIAMS, KASTNER & GIBBS, PLLC  SEATTLE TRUCK LAW, PLLC

3

4 | By  s/Brendan T. Vandor  By  s/James Banks
       Rodney L. Umberger, Jr., WSBA #24948       Morgan G. Adams, WSBA No. 51071
       Brendan T. Vandor, WSBA #49929       James Banks, WSBA No. 41758

5

6 | 601 Union Street, Suite 4100  Morgan G. Adams, WSBA No. 51071
Seattle, WA 98101-2380  James Banks, WSBA No. 41758
Telephone: (206) 628-6600  SEATTLE TRUCK LAW, PLLC
7 | Fax: (206) 628-6611  222 Alaskan Way S.
Email:  rumberger@williamskastner.com  Seattle, WA 98104
8 |            bvandor@williamskastner.com  Phone: 206.456.2525
Email: adams@truckwreckjustice.com
9 |            james@seattletrucklaw.com

*Attorneys for Defendants Combined*
10 | *Transport, Inc. and Roger Takacs*  *Counsel for Plaintiffs*

11 | DATED this 5th day of October, 2020.

12 | REED MCCLURE

13 | By  s/David Reeve
       Jason E. Vacha, WSBA No. 34069
14 |    David M. Reeve, WSBA No. 48405

15 | Jason E. Vacha, WSBA No. 34069
David M. Reeve, WSBA No. 48405
16 | REED MCCLURE
1215 Fourth Avenue, Suite 1700
17 | Seattle, WA 98161
Phone: 206.292.4900
18 | Fax: 206.223.0152
Email: jvacha@rmlaw.com
19 |            dreeve@rmlaw.com

20 | *Counsel for Defendant State Farm Mutual Automobile Ins. Co.*

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 2
(2:19-cv-01382-BJR)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7203752.1

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs Russell and Diane Rawls and Defendants Combined Transport, Inc., Roger Takacs and State Farm Mutual Automobile Insurance Company to dismiss all claims against Defendants with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendants Combined Transport, Inc., Roger Takacs and State Farm Mutual Automobile Insurance Company are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this 10th day of October, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

WILLIAMS KASTNER & GIBBS PLLC

By  *s/Brendan T. Vandor*
     Rodney L. Umberger, Jr., WSBA #24948
     Brendan T. Vandor, WSBA #49929

   *Attorneys for Defendants Combined Transport, Inc. and Roger Takacs*

APPROVED AS TO FORM AND CONTENT BY:

SEATTLE TRUCK LAW, PLLC

By  *s/James Banks*
     James Banks, WSBA No. 41758
     *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 3
(2:19-cv-01382-BJR)

7203752.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

APPROVED AS TO FORM AND CONTENT BY:

REED MCCLURE

By *s/David Reeve*
    David M. Reeve, WSBA No. 48405

*Attorneys for Defendant State Farm Mutual Automobile Ins. Co.*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS - 4
(2:19-cv-01382-BJR)

7203752.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600